UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP V., <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security; Warden of Golden State Annex; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the United States, <br><br> Respondents. | No. 1:26-cv-00233-KES-SKO (HC) <br><br> ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS <br><br> Doc. 1 |

Petitioner Sandeep V. is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.[1] Docs. 1, 2. The Court has addressed the legal issues raised by the petition on previous occasions. *See, e.g.*, *Elmer Joel M. C. v.*

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

1  *Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025);

2  *Clene C.D. v. Robbins*, No. 1:25-CV-01463-KES-SKO (HC), 2026 WL 84302 (E.D. Cal. Jan. 12,

3  2026)*; Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal.

4  Dec. 16, 2025); *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521

5  (E.D. Cal. Nov. 19, 2025).

6       The Court informed the parties that it intended to rule directly on the petition and ordered

7  respondents to show cause as to whether there are any factual or legal issues in this case that

8  render it distinguishable from the Court's prior orders in *Elmer Joel M.C. v. Wofford*, *Clene C.D.*

9  *v. Robbins*, *Bilal A. v. Wofford*, and *W.V.S.M. v. Wofford*, and that would justify denying the

10  petition. Doc. 5. Respondents do not identify any factual or legal distinction between this case

11  and those cited above, *see* Doc. 8, and the Court has previously addressed their arguments.[2]

12       As respondents have not identified any factual or legal issues in this case that render it

13  distinguishable from the Court's prior decisions in *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-

14  01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025), *Clene C.D. v. Robbins*, No.

15  1:25-CV-01463-KES-SKO (HC), 2026 WL 84302 (E.D. Cal. Jan. 12, 2026), *Bilal A. v. Wofford*,

16  No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025),

17  and *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal.

18  Nov. 19, 2025), and for the reasons stated in those prior orders, the petition for writ of habeas

19  corpus is GRANTED.

20       Respondents are ORDERED to release petitioner immediately. Respondents are

21  ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear

22  and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that

23  petitioner is a flight risk or danger to the community such that his physical custody is legally

24  justified.

25

---

26  [2] Although respondents captioned their response as "Motion to Dismiss Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and Rule 4; Response to Petition for Writ of Habeas

27  Corpus; Opposition to Preliminary Injunction; Opposition to Temporary Restraining Order; and Response to Rule to Show Cause," in the body of the response respondents do not move to

28  dismiss the petition. *See* Doc. 8.

1  The Clerk of Court is directed to close this case and enter judgment for petitioner.

3  IT IS SO ORDERED.

4  Dated:   January 16, 2026

                                                UNITED STATES DISTRICT JUDGE